IN THE UNITED STATES DISTRICT COURT
NORTHREN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Daniel Lee on behalf of himself and all otherssimilarly situated, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> Select Portfolio Servicing, Inc., ) </br> ) </br> Defendant. ) | CLASS ACTION COMPLAINT </br></br> CASE NO.1:16-cv-01080-CAP-WEJ </br></br> JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

NOW COMES Daniel Lee, Plaintiff herein, and hereby appeals to the Court of Appeals for the Eleventh Circuit from the Order of the trial court the granting summary judgment dated September 13, 2017 [ECF 48], and accompanying judgment entered on September 14, 2017 [ECF 49].

Respectfully submitted this 12th day of September, 2017.

/s/ Harlan S. Miller
Harlan S. Miller
Miller Legal, P.C.
3646 Vineville Ave.
Macon, GA, 31204
(404) 931-6490
(478) 292-7808 (FAX)
hmiller@millerlegalpc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on October 12, 2017 , with the Court and served electronically through the CM/ECF system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

**/s/ Harlan S. Miller**
Harlan S. Miller
Bar # 506709
Miller Legal, P.C.
3646 Vineville Ave.
Macon, GA, 31204
(404) 931-6490 (voice)
(478) 292-7808 (fax)
hmiller@millerlegalpc.com